UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM SUAREZ,<br><br>　　　　　Petitioner,<br><br>v.<br><br>STEVEN JOHNSON et al.,<br><br>　　　　　Respondents. | Civ. No. 17-2767 (KM)<br><br>**MEMORANDUM AND ORDER** |

Petitioner, William Suarez, is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On April 26, 2017, this Court ordered respondents to respond to the petition within 45 days, and permitted Suarez 45 days to reply to their response. (ECF No. 2.) On June 29, 2017, this Court granted a request by respondents to extend their time to respond through July 31, 2017. (ECF No. 7.) Respondents timely filed an answer on July 28, 2017. (ECF No. 9.)

Suarez now moves for an extension of time through September 29, 2017 to reply to respondents' answer. (ECF No. 10.) Good cause being shown, the Court will grant Suarez's motion.

Accordingly, IT IS this 18th day of September 2017,

ORDERED that Suarez's motion for an extension of time to reply to respondents' answer (ECF No. 10) is GRANTED; and it is further

ORDERED that Suarez shall file his reply on or before September 29, 2017; and it is further

ORDERED that the Clerk of Court shall terminate the motion filed as ECF No. 10; and it is further

ORDERED that the Clerk of Court shall serve this order on petitioner by regular U.S. mail.

KEVIN MCNULTY
United States District Judge